Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−16337−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Garfield A Mckenzie
   241 Independence Blvd
   Lawnside, NJ 08045

Social Security No.:
   xxx−xx−7519

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         10/4/23
Time:         09:00 AM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 14, 2023
JAN: lgr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Garfield A Mckenzie  
    Debtor

Case No. 23-16337-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Aug 14, 2023      Form ID: 132      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Garfield A Mckenzie, 241 Independence Blvd, Lawnside, NJ 08045-1031 |
| 519997227 | | Care Payment /Jefferson, Po Box 2398, Omaha, NE 68103-2398 |
| 519980055 | + | Elmwood Hills Healthcare Center, c/o Richard J. Kozel, 1200 Route 46 West, Suite 130, Clifton, NJ 07013-2440 |
| 519997229 | + | Elmwood Hills Healthcare Center, c/o Richard J. Kozel, 425 Woodbury Turnersville Road, Blackwood, NJ 08012-2960 |
| 519997230 | | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519997235 | + | PHARMSCRIPT, 150 Pierce St, Somerset, NJ 08873-4185 |
| 519997232 | + | Pelorus Elder & Behavioral Health, 14 Ridedale Ave, Ste. 103, Cedar Knolls, NJ 07927-1106 |
| 519997237 | + | Rowan Medicine, PO Box 71356, Philadelphia, PA 19176-1356 |
| 519997238 | + | TAP Dentistry LLC, 1910 Route 70 East, Suite 4, Cherry Hill, NJ 08003-2123 |
| 519984610 | + | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-5094 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 14 2023 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 14 2023 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519997226 | + | Email/Text: bsimmons@amsher.com | Aug 14 2023 20:42:00 | AmSher Collection Services, 4524 Southlake Pkwy, Ste 15, Birmingham, AL 35244-3271 |
| 519980054 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 14 2023 20:42:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 519997228 | | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 14 2023 20:42:00 | Credit Collection Services, Po Box 447, Norwood, MA 02062-0447 |
| 519997233 | | Email/Text: bankruptcies@penncredit.com | Aug 14 2023 20:41:00 | Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 519997234 | ^ | MEBN | Aug 14 2023 20:38:15 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 519997236 | + | Email/Text: ngisupport@radiusgs.com | Aug 14 2023 20:41:00 | Radius Global Solutions LLC, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3132 |
| 519980056 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 14 2023 20:42:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519993194 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 14 2023 20:54:03 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519980057 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 14 2023 20:40:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 14, 2023 | Form ID: 132 | Total Noticed: 21 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519997231 | | Maury Cobb, 301 Beacon Pkwy West, Ste 100, FL 32090 |
| cr | *+ | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-5094 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2023            Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, in trust for registered holders of First Franklin Mortgage Loan Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Georgette Miller | on behalf of Debtor Garfield A Mckenzie bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kimberly A. Wilson | on behalf of Creditor U.S. Bank Trust Company  National Association kimwilson@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5