```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Michelle Lee, Esq.
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102

In Re:

Garfield McKenzie

Case No.: 23-16337

Chapter: 13

Adv. No.: _____

Hearing Date: _____

Judge: JNP

## CERTIFICATION OF SERVICE

1. I, _____Doris Mayberry_____ :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____Michelle Lee_____, who represents _____Garfield McKenzie_____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Amendment to Schedule D, E/F, G or H

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: March 14, 2024

/s/ Doris Mayberry
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew Finberg<br>Chapter 13 Trustee<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Garfiled McKenzie<br>241 Independence Blvd.<br>Lawnside, NJ 08045 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All Creditors on Matrix | Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other First Class Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

## ALL CREDITORS

AmSher Collection Services
4524 Southlake Pkwy, Ste 15
Birmingham, AL 35244

Care Payment /Jefferson
Po Box 2398
Omaha, NE 68103-2398

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

Credit Collection Services
Po Box 447
Norwood, MA 02062-0447

Elmwood Hills Healthcare Center
c/o Richard J. Kozel
1200 Route 46 West, Suite 130
Clifton, NJ 07013

Elmwood Hills Healthcare Center
c/o Richard J. Kozel
425 Woodbury Turnersville Road
Blackwood, NJ 08012

Jefferson Health
PO Box 785992
Philadelphia, PA 19178-5992

Maury Cobb
301 Beacon Pkwy West, Ste 100
FL 32090

Pelorus Elder & Behavioral Health
14 Ridedale Ave, Ste. 103
Cedar Knolls, NJ 07927

Penn Credit Corporation
2800 Commerce Drive
Harrisburg, PA 17110

Penn Medicine
PO Box 824406

Philadelphia, PA 19182-4406

PHARMSCRIPT
150 Pierce St
Somerset, NJ 08873

Radius Global Solutions LLC
7831 Glenroy Road
Suite 250-A
Minneapolis, MN 55439

Rowan Medicine
O Box 71356
Philadelphia, PA 19176

Select Portfolio Servicing, Inc
Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165

TAP Dentistry LLC
1910 Route 70 East, Suite 4
Cherry Hill, NJ 08003

United We Collect
PO Box 93638
Lake Mary, FL 32795

Verizon Wireless
Attn: Bankruptcy
500 Technology Dr, Ste 599
Weldon Springs, MO 63304