Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−16337−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Garfield A Mckenzie
   241 Independence Blvd
   Lawnside, NJ 08045

Social Security No.:
   xxx−xx−7519

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/1/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 2, 2024
JAN: cm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-16337-JNP

Garfield A Mckenzie  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1　　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　Page 1 of 2
Date Rcvd: May 02, 2024　　　　　　　　　　　　　Form ID: 148　　　　　　　　　　　　　　Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**　　**Definition**

+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^　　　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Garfield A Mckenzie, 241 Independence Blvd, Lawnside, NJ 08045-1031 |
| 519997227 | | Care Payment /Jefferson, Po Box 2398, Omaha, NE 68103-2398 |
| 519997229 | + | Elmwood Hills Healthcare Center, c/o Richard J. Kozel, 425 Woodbury Turnersville Road, Blackwood, NJ 08012-2960 |
| 519980055 | + | Elmwood Hills Healthcare Center, c/o Richard J. Kozel, 1200 Route 46 West, Suite 130, Clifton, NJ 07013-2440 |
| 520037016 | | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 519997230 | | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 520195251 | | National Housing Trust, 4 Park Blv, PO Bx 5000, Kingston 5, Jamaica |
| 519997235 | + | PHARMSCRIPT, 150 Pierce St, Somerset, NJ 08873-4185 |
| 519997232 | + | Pelorus Elder & Behavioral Health, 14 Ridedale Ave, Ste. 103, Cedar Knolls, NJ 07927-1106 |
| 519997237 | + | Rowan Medicine, PO Box 71356, Philadelphia, PA 19176-1356 |
| 519997238 | + | TAP Dentistry LLC, 1910 Route 70 East, Suite 4, Cherry Hill, NJ 08003-2123 |
| 520018026 | | U.S. Bank Trust Company, National Association, as, Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519997332 | | United We Collect, PO Box 93638, Lake Mary, FL 32795 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 02 2024 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 02 2024 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: courts@firstharvestcu.com | May 02 2024 20:44:00 | First Harvest Credit Union, 1615 Hurffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 519997226 | + | EDI: AMSHER.COM | May 03 2024 00:24:00 | AmSher Collection Services, 4524 Southlake Pkwy, Ste 15, Birmingham, AL 35244-3271 |
| 519980054 | + | EDI: CCS.COM | May 03 2024 00:24:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 519997228 | | EDI: CCS.COM | May 03 2024 00:24:00 | Credit Collection Services, Po Box 447, Norwood, MA 02062-0447 |
| 519997233 | | Email/Text: bankruptcies@penncredit.com | May 02 2024 20:43:00 | Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 519997234 | ^ | MEBN | May 02 2024 20:37:04 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 519997236 | + | Email/Text: ngisupport@radiusgs.com | May 02 2024 20:43:00 | Radius Global Solutions LLC, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3132 |
| 519980056 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 02 2024 20:45:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519993194 | + | EDI: AIS.COM | May 03 2024 00:24:00 | T Mobile/T-Mobile USA Inc, by American |

| | | | | |
|---|---|---|---|---|
| 519984610 | + | Email/Text: RASEBN@raslg.com | | InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| | | | May 02 2024 20:43:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 519980057 | + | EDI: VERIZONCOMB.COM | | |
| | | | May 03 2024 00:24:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519997231 | | Maury Cobb, 301 Beacon Pkwy West, Ste 100, FL 32090 |
| cr | *+ | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 04, 2024　　　　　　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, in trust for registered holders of First Franklin Mortgage Loan Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor U.S. Bank Trust Company National Association kimwilson@raslg.com |
| Kimberly A. Wilson | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, in trust for registered holders of First Franklin Mortgage Loan Trust kimwilson@raslg.com |
| Michelle Lee | on behalf of Debtor Garfield A Mckenzie bky@dilworthlaw.com |
| Robert J. Malloy | on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7